UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHELLE ALMANZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:15-CV-389-TAV-HBG |
| | ) |
| JEFFERSON SESSIONS, | ) |
| Attorney General, | ) |
| United States Department of Justice, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Court is in receipt of the parties' joint status report [Doc. 77]. The Court orders additional briefing on the following issues:

- Defendant is ordered to provide a proposed trial plan. The Court notes that it has not yet ruled on the jury trial issue, but at this stage it appears to the Court that plaintiff may have the right to a jury trial on her Title VII retaliation claim but that she may not have the right to a jury trial on her ADEA retaliation claim. Defendant should clarify whether he proposes conducting two independent trials, or whether and to what extent portions of the two trials could overlap. Defendant should also notify the Court of any aspects of the proposed trial plan to which plaintiff consents.

- Plaintiff is ordered to brief the damages issue raised in the joint status report.

All additional briefing is due to the Court **before 9:00 a.m. on Monday, June 11, 2018**. The parties need not submit joint filings.

Further, defendant may, if he wishes, file additional briefing related to what specific ADEA-related documents and/or potential testimony he seeks to exclude from the Title VII jury trial and on what grounds.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE