UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHELLE ALMANZA, | ) |
|     Plaintiff, | ) |
| v. | )    No.: 3:15-CV-389-TAV-HBG |
| JEFFERSON SESSIONS III, ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, | ) |
|     Defendant. | ) |

## VERDICT FORM

We the jury unanimously find based upon a preponderance of the evidence:

1. That the Defendant, United States Department of Justice, intentionally retaliated against the Plaintiff, Michelle Almanza, in response to her activity protected under Title VII of the Civil Rights Act of 1964.

Answer Yes or No: __Yes__.

If you answered "No" to question one, you are finished. The foreperson should sign and date this verdict form and notify the court officer that you have reached a verdict.

If you answered "Yes" to question one, please proceed to question two (on the following page).

2. The Defendant's retaliation caused the Plaintiff to suffer the following types of damages in the following amounts:

Economic Damages:      Yes or No: __Yes__      Amount: $__32,000__

Non-economic Damages:  Yes or No: __No__       Amount: $__0__

Your deliberations are at an end. The foreperson should sign and date this verdict form and notify the court officer that you have reached a verdict.

Foreperson: **REDACTED SIGNATURE**

Date: __6/28/18__

2