UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| MICHELLE ALMANZA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:15-CV-389-TAV-HBG |
| JEFFERSON SESSIONS III,<br>Attorney General,<br>United States Department of Justice, | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is the parties' joint motion to extend the post-trial briefing deadlines [Doc. 115]. The parties state that they have scheduled a mediation that may resolve the remaining issues before the Court, and they request an extension in the interest of preserving the parties' and the Court's resources.

Upon review of the motion, and based upon the parties' agreement to engage in mediation, the Court finds it appropriate to stay this matter pending mediation. The parties' motion to extend deadlines [Doc. 115] is **DENIED as moot** and this action shall instead be **STAYED** until **October 1, 2018**, so that the parties may engage in mediation. The Court further **DIRECTS** that on or before **September 14, 2018**, the parties **SHALL** file a joint status report to apprise the Court of whether their resolution efforts were successful,

whether they require additional time to negotiate, or whether the parties wish to proceed with the filing of post-trial motions and briefs.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE