IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHELLE L. ALMANZA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM P. BARR,<br>Attorney General, United States Department of Justice,<br><br>    Defendant. | CIV. NO.: 3:15-cv-389<br>(VARLAN/GUYTON) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed by and between the attorneys for the respective parties hereto, Michelle L. Almanza, and William P. Barr, Attorney General, United States Department of Justice, that an order shall be entered dismissing, with prejudice, the claims of Michelle L. Almanza against William P. Barr, Attorney General, United States Department of Justice. The parties shall bear their own costs and attorney's fees not previously settled and agreed-upon pursuant to the parties' settlement and agreement.

Respectfully submitted,

WILLIAM P. BARR,
ATTORNEY GENERAL,
UNITED STATES DEPARTMENT OF JUSTICE

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

| | |
|---|---|
| s/Christopher R. Yates | s/Brandi M. Stewart |
| CHRISTOPHER R. YATES (0064776) | BRANDI M. STEWART (0082546) |
| Special Attorney, | Special Attorney, |
| Assistant United States Attorney | Assistant United States Attorney |
| 303 Marconi Boulevard, 2nd Floor | 221 East Fourth Street, Suite 400 |
| Columbus, Ohio 43215 | Cincinnati, Ohio 45202 |
| (614) 469-5715 | (513) 684-3711 |
| christopher.yates@usdoj.gov | brandi.stewart@usdoj.gov |
| Counsel for Defendant | Counsel for Defendant |

-AND-

s/Jennifer B. Morton
Jennifer B. Morton, BPR #15585
Maha M. Ayesh, BPR #025244
JENNIFER MORTON LAW, PLLC
8217 Pickens Gap Road
Knoxville, Tennessee 37920
(865) 579-0708
jen@jmortonlaw.com
maha@jmortonlaw.com
Counsel for Plaintiff